IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00612-BNB

ALEXIS R. ORTIZ,

    Plaintiff,

v.

JAMES FALK,
BEVERLY DOWIS,
JO ANN STOCK,
JOSEPH G. FORTUNATO,
LT. HOFFMAN, and
DR. MAURICE FAUVEL,

    Defendants.

## ORDER DRAWING CASE

    After review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, this case is being drawn to a district judge and to a magistrate judge.  *See* D.C.COLO.LCivR 8.2D.  Accordingly, it is

    ORDERED that this case shall be drawn to a district judge and to a magistrate judge.   It is

    FURTHER ORDERED that the Clerk of the Court is to list Dr. Maurice Fauvel as a named defendant in this action.  Inadvertently, Plaintiff failed to name Dr. Fauvel as a defendant in the caption of his Amended Complaint.

2

DATED June 25, 2013, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge