IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00612-PAB-MJW

ALEXIS R. ORTIZ,

Plaintiff(s),

v.

JAMES FALK, Warden, Sterling Correctional Facility,
BEVERLY DOWIS, Health Services Administrator, Sterling Correctional Facility,
JO ANN STOCK, Physicians Assistant, Sterling Correctional Facility,
JOSEPH G. FORTUNATO, Medical Doctor, Sterling Correctional Facility,
LT. HOFFMAN, Housing Lieutenant, Sterling Correctional Facility,
in their individual and official capacities,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby **ORDERED** that the plaintiff's Motion for Scheduling Order (Docket No. 62) is denied as premature.  A Scheduling Conference has already been set for December 9, 2013, at 9:00 a.m.  (Docket No. 43).  Entering a Scheduling Order prior to that conference is premature.  Furthermore, as previously directed (see Docket No. 43), plaintiff shall appear at that conference by telephone, and thus the requested writ for him to appear in person is unnecessary.

Dated: November 7, 2013