IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00612-PAB-MJW

ALEXIS R. ORTIZ,

Plaintiff(s),

v.

JAMES FALK, Warden, Sterling Correctional Facility,
BEVERLY DOWIS, Health Services Administrator, Sterling Correctional Facility,
JO ANN STOCK, Physicians Assistant, Sterling Correctional Facility,
JOSEPH G. FORTUNATO, Medical Doctor, Sterling Correctional Facility,
LT. HOFFMAN, Housing Lieutenant, Sterling Correctional Facility,
in their individual and official capacities,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

Inasmuch as defendant Dowis has been served (see Docket No. 58 - Affidavit/Return of Service), it is hereby **ORDERED** that the Order to Show Cause (Docket No. 44) is vacated solely with respect to the lack of service on defendant Dowis.

It is further **ORDERED** that the Motion to Stay Discovery filed by defendants Falk, Hoffman, Stock, and Dowis (Docket No. 70) is GRANTED. It is thus further

**ORDERED** that discovery in this matter is stayed until further order of the court, and the Scheduling Conference set on December 9, 2013, at 9:00 a.m. is VACATED and will be reset, if necessary, following a ruling on the pending Motion to Dismiss (Docket No. 65). It is, however, further

**ORDERED** that the Show Cause Hearing set for December 9, 2013, at 9:00 a.m. remains set with respect to plaintiff's failure to serve defendant Fortunato.

Dated: December 5, 2013