IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00612-PAB-MJW

ALEXIS R. ORTIZ,

Plaintiff(s),

v.

JAMES FALK, Warden, Sterling Correctional Facility,
BEVERLY DOWIS, Health Services Administrator, Sterling Correctional Facility,
JO ANN STOCK, Physicians Assistant, Sterling Correctional Facility,
LT. HOFFMAN, Housing Lieutenant, Sterling Correctional Facility,
in their individual and official capacities,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's "Amended Motion" (Docket No. 84) is denied. The court cannot discern what relief plaintiff is seeking in this motion. To the extent plaintiff is once again objecting to the Scheduling Order, such objections are overruled. As this court previously stated in a Minute Order entered on December 18, 2013 (Docket No. 82), defendants' Scheduling Order, to which plaintiff apparently objects, was merely a proposed Scheduling Order. The Scheduling Conference that had been set for December 9, 2013, was vacated (see Docket No. 72), and thus a Scheduling Order was never entered by this court.

Dated: January 13, 2014