IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00612-PAB-MJW

ALEXIS R. ORTIZ,

Plaintiff(s),

v.

BEVERLY DOWIS, Health Services Administrator, Sterling Correctional Facility, and LT. HOFFMAN, Housing Lieutenant, Sterling Correctional Facility,

In their individual and official capacities,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that plaintiff's Motion for Extension of Time (Docket No. 128) is denied, finding no good cause shown for further extending the discovery and dispositive motion deadlines.

It is further **ORDERED** that plaintiff's Motion for Injunction for Notes, Dictations, Recomendations [sic], and Recordings from Dr. Darrel T. Fenton & M.D. Eric R. Handly (Docket No. 129) is denied. The court has construed this motion as a motion to compel production. Plaintiff has made no showing that he had subpoenas issued by the Clerk which he then properly served on these two non-parties pursuant to Fed. R. Civ. P. 45(b)(1). Furthermore, there is no indication that he complied with Fed. R. Civ. P. 45(a)(4) - Notice to Other Parties Before Service.

Dated: September 10, 2014