IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00612-PAB-MJW

ALEXIS R. ORTIZ,

Plaintiff(s),

v.

BEVERLY DOWIS, Health Services Administrator, Sterling Correctional Facility, and LT. HOFFMAN, Housing Lieutenant, Sterling Correctional Facility,

In their individual and official capacities,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that plaintiff's two Motions for Written Deposition/ Interrogatories (Docket Nos. 138 and 139), which were filed on October 17, 2014, are both denied. The deadline for completion of discovery was September 15, 2014. Plaintiff's request to further extend that deadline was denied by this court (see Docket No. 131).

Dated: November 17, 2014