IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00612-PAB-MJW

ALEXIS R. ORTIZ,

Plaintiff(s),

v.

BEVERLY DOWIS, Health Services Administrator, Sterling Correctional Facility, and LT. HOFFMAN, Housing Lieutenant, Sterling Correctional Facility,

In their individual and official capacities,

Defendant(s).

## MINUTE ORDER

### Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion to Vacate the Final Pretrial Conference (Docket No. 153) is granted. The Final Pretrial Conference set on February 9, 2015, at 10:00 a.m. is VACATED. It will be reset, if necessary, following Judge Brimmer's ruling on the report and recommendation issued on motion for summary judgment (see Docket No. 148).

Dated: February 3, 2015