IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00612-PAB-MJW

ALEXIS R. ORTIZ,

Plaintiff(s),

v.

BEVERLY DOWIS, Health Services Administrator, Sterling Correctional Facility, and LT. HOFFMAN, Housing Lieutenant, Sterling Correctional Facility,

In their individual and official capacities,

Defendant(s).

## MINUTE ORDER

### Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Motion for Register of Action/Docket Sheet & Status (Docket No. 166) is denied without prejudice.  To obtain a copy of the Docket Sheet, plaintiff must send payment in full along with a written request to the Clerk's Office.  The cost is 50 cents per page.  At this time, the Docket Sheet is 13 pages.

Dated: June 16, 2015